■ In the Matter of JOHN C. HILL, an Attorney.—Motion for reinstatement granted and respondent reinstated as an attorney and counselor at law of the State of New York. Concur—Lupiano, J. P., Tilzer, Capozzoli and Lane, JJ.

■ HELEN D. NEUMAN, Respondent, v ELEANOR DUNHAM, Appellant.—Order, Supreme Court, Bronx County, entered December 17, 1974, denying defendant-appellant's motion for summary judgment dismissing the complaint by reason of the defense of the Statute of Limitations, unanimously affirmed. Respondent shall recover of appellant $60 costs and disbursements of this appeal. CPLR 202 provides that for a New York resident the New York Statute of Limitations shall apply for an action accruing outside the State. CPLR 214 provides for a three-year Statute of Limitations. The accident occurred in Pennsylvania, and the action was commenced in Bronx County after the two-year Pennsylvania Statute of Limitations had run. In view of the important question of law involved, leave is granted to the defendant-appellant to appeal to the Court of Appeals and this court, pursuant to CPLR 5713, certifies that the following question of law, decisive of the correctness of its determination, has arisen, which in its opinion ought to be reviewed by the Court of Appeals: "Was the order of the Supreme Court, as affirmed by this court, properly made?" The order of this court entered on September 23, 1975 is vacated. Concur—Markewich, J. P., Kupferman, Tilzer, Capozzoli and Nunez, JJ. [49 AD2d 719.]

## (September 30, 1975)

■ JOSEPH TASCANO, Appellant, v CAULDWELL-WINGATE COMPANY et al., Respondents.—Judgment, Supreme Court, Bronx County, entered on April 25, 1974, unanimously affirmed, without costs and without disbursements, for the reasons given by Silbermann, J., in the oral decision found in the record. No opinion. Concur—Stevens, P. J., Markewich, Murphy, Lupiano and Lane, JJ.

■ In the Matter of F. W. EVERSLEY & Co., INC., Appellant v FINANCE ADMINISTRATOR OF THE CITY OF NEW YORK et al., Respondents.—Judgment, Supreme Court, New York County, entered on April 1, 1975, unanimously affirmed on opinion of Korn, J. at Special Term. Respondents shall recover of appellant $60 costs and disbursements of this appeal. No opinion. Concur—Markewich, J. P., Lupiano, Tilzer, Capozzoli and Lane, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE PRESTON, Appellant.—Judgment, Supreme Court, New York County, rendered on April 25, 1973, unanimously affirmed. The case is remitted to the Criminal Term, Supreme Court, New York County, for proceedings to direct defendant to surrender himself to said court in order that execution of the judgment be commenced or resumed (CPL 460.50, subd 5). No opinion. Concur—Stevens, P. J., Kupferman, Murphy, Tilzer and Nunez, JJ.

■ MELVIN ORENSTEIN, Respondent, v SUE E. ORENSTEIN, Appellant.—Order, Supreme Court, New York County, entered on June 25, 1975, unanimously affirmed, without costs and without disbursements, on the opinion of Gomez, J., at Special Term. No opinion. Concur—Stevens, P. J., Kupferman, Murphy, Tilzer and Nunez, JJ.